IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILIP A. BRIMMER

Courtroom Deputy: LaDonne Bush
Court Reporter: Janet Coppock
Probation Officer: Grant Hansen

Date: December 3, 2010

Criminal Action No. 10-cr-00005-PAB-1

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | David Conner |
| Plaintiff, | |
| vs. | |
| 1. SAIF EL HASHAN BAXTER, | LaFonda Jones |
| Defendant. | |

COURTROOM MINUTES  - SENTENCING

10:09 a.m.     Court in session.

Defendant is present and in custody.

Defendant plead guilty to Count 1 of the Indictment on July 9, 2010.

Court's preliminary comments.

Government has no corrections or objections to the presentence report.

Defendant does not pursue further corrections or objections to the presentence report.

Statement by Ms. Jones.

Statement by Mr. Conner.

Statement by Defendant.

Court's findings and conclusions.

**ORDERED:**  Court accepts the Plea Agreement.

Statement by the Court regarding Defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED**:  Motion for a Non-Statutory Sentence (Doc. 22) is denied.

**ORDERED:**  Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for 46 months.

**ORDERED:**  Upon release from imprisonment, Defendant shall be placed on supervised release for a term of three years.

**ORDERED:**  Conditions of supervised release:

- (X) Within 72 hours of release from custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which he is released.
- (X) While on supervised release, Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X) Defendant shall comply with the standard conditions adopted by this Court.
- (X) Defendant shall not unlawfully possess a controlled substance.
- (X) Defendant shall refrain from any unlawful use of a controlled substance and he shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED:**  Special conditions of supervised release:

- (X) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless Defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

- (X) Defendant shall participate in and successfully complete a program of testing and/or treatment for drug abuse as approved by the probation officer until such time as he is released from the program by the probation officer.  He shall also abstain from the use of alcohol or other intoxicants during the

          course of treatment and shall pay the cost of treatment as directed by the probation officer.

   (X)    Defendant shall participate in and successfully complete a program of mental health treatment as approved by the probation officer until such time as he is released from the program by the probation officer.  Defendant shall pay the cost of treatment as directed by the probation officer.  The probation officer is authorized to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

**ORDERED**: Defendant shall make restitution as set forth on the record and pay the amount of $2,546 to TCF Bank.  The interest requirement is waived on the restitution amount.

**ORDERED**: Defendant shall pay a special assessment of $100.

**ORDERED**: Fine is waived because Defendant does not have the ability to pay a fine.

**ORDERED**: Payment of monetary obligations shall be due as follows.  The special assessment and restitution obligation are due immediately.  Any unpaid restitution balance upon release from incarceration shall be paid in monthly installment payments during the term of supervised release.  The monthly installment payments will be calculated at least 10 percent of Defendant's gross monthly wages.  As directed by the probation officer, Defendant shall apply any monies received from income tax refunds, lottery winnings, inheritance, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

Defendant is advised of his right to appeal the sentence.

**ORDERED**: Government's Motion Regarding Acceptance of Responsibility (Doc. 25) is denied as moot.

Defendant is remanded to the custody of the U.S. Marshal.

10:42 a.m.    Court in recess.

Time: 00:33
Hearing concluded.