UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00565-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  BENJAMIN MONTEZ-AVALOS

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, January 17, 2011** and responses to these motions shall be filed by **Monday, January 24, 2011.**  It is

FURTHER ORDERED that a 5-day jury trial is set for **Monday, February 7, 2011, at 9:00 a.m. in courtroom A-1002.**

Dated:  December 3, 2010

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Chief United States District Judge